UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE                    08-CV-2001
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA FUND and THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR-MANAGEMENT
CORPORATION, by MICHAEL J. FORDE, and PAUL
O'BRIEN, as TRUSTEES, and MICHAEL J. FORDE, as
EXECUTIVESECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

                Plaintiffs,

-against-

EASTLAND CONSTRUCTION, INC.,

                Defendant.
-------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable to Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant certifies that the aforementioned corporation EASTLAND CONSTRUCTION, INC. is a private non-governmental party and that it is not a publicly held corporation nor is it an affiliate or a subsidiary of a publicly held corporation.

Dated: Commack, New York
      March 24, 2008

                                      The Ziskin Law Firm, LLP

By:   Suzanne Harmon Ziskin (SHZ-5130)
       Attorneys for Defendant
       Office and PO Address
       6268 Jericho Turnpike, Ste 12A
       Commack, New York 11725
       (631) 462-1417

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

RICHARD B. ZISKIN, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age, and reside at Smithtown, New York. On March 24, 2008, I served a true copy of Defendants' Rule 7.1 Statement in the following manner: by mailing same in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

O'Dwyer & Bernstein, LLp
52 Duane Street
New York, NY 10007
Att: Andrew Grabois, Esq.

RICHARD B. ZISKIN

Sworn to before me this
24th day of March, 2008

Notary Public

SUZANNE H. ZISKIN
Notary Public, State of New York
No. 02ZI6007115
Qualified in Suffolk County
Commission Expires 08/18/10