UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

------------------------------- x
The New York City Dist Council of
Carpenters Pension Fund, et al.,

        Plaintiff(s),

   - against -

Eastland Construction, Inc.,

        Defendant(s).
------------------------------- x

08  Civ.  2001  (DC)

      The above-captioned action has been assigned to Judge Denny Chin.

      Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

      This conference will be held on April 25, 2008 at 2:30 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

      **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
            March 27, 2008

                                    Sincerely,

                                    David Tam
                                    Courtroom Deputy Clerk
                                    U.S.D.C. - S.D.N.Y.
                                    500 Pearl Street, Rm. 1020
                                    New York, New York  10007
                                    (212) 805-0096